UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWIN ALEXANDER SUERO MENDEZ,     *
                                  *
            Petitioner,            *
                                  *
                                  *
                                  *     Civil Action No. 1:26-cv-11500-IT
            v.                     *
                                  *
DAVID WESLING, et al.,             *
                                  *
            Respondents.           *

ORDER

April 17, 2026

TALWANI, D.J.

On April 3, 2026, the court granted Petitioner Edwin Alexander Suero Mendez's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordered that "[n]o later than April 10, 2026, Petitioner must be provided a bond hearing pursuant to 8 U.S.C. § 1226(a), or, if the immigration judge declines to conduct a bond hearing pursuant to 8 U.S.C. § 1226(a), Respondents shall so advise the court by that date so that this court may conduct the bond hearing." Mem. & Order 2 [Doc. No. 7]. The court ordered further that "[f]ollowing the bond hearing, Respondents shall promptly file a status report." Id. To date, Respondents have neither advised the court that the immigration judge declined to conduct a bond hearing pursuant to 8 U.S.C. § 1226(a) nor filed a post-bond hearing status report.

On April 14, 2026, Petitioner reported that Respondents, without explanation, have not provided him a bond hearing. Pet.'s Status Rep. [Doc. No. 8]. Petitioner requests "that he be immediately released from Respondents' custody or, in the alternative, that this Court provide a bond hearing." Id. Respondents have filed no response.

Accordingly, where Petitioner's request for immediate release is unopposed, Respondents shall release him no later than 5:00 p.m. today.

IT IS SO ORDERED.

April 17, 2026                                              /s/ Indira Talwani_____
                                                           United States District Judge