UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWIN ALEXANDER SUERO MENDEZ, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| | * | Civil Action No. 1:26-cv-11500-IT |
| v. | * | |
| | * | |
| DAVID WESLING, et al., | * | |
| | * | |
| Respondents. | * | |

ORDER

May 22, 2026

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 7] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and the court's Order [Doc. No. 9] ordering Petitioner's immediate release from custody, this action is CLOSED.

IT IS SO ORDERED.                                       /s/ Indira Talwani
                                                        United States District Judge